Charles MAHER, Plaintiff–Appellant,

v.

AMEREN UE, f/k/a Union Electric Company, and Director of Revenue, State of Missouri, Defendants–Respondents.

No. ED 80007.

Missouri Court of Appeals, Eastern District, Division Four.

Jan. 22, 2002.

Lawrence O. Willbrand, St. Louis, MO, for appellant.

Michael P. Steeno, St. Louis, MO, for respondent Ameren UE.

Jeremiah W. (Jay) Nixon, Atty. Gen., Keith D. Halcomb, Asst. Atty. Gen., Jefferson City, MO, for respondent Mo. Dir. of Revenue.

Before SHERRI B. SULLIVAN, P.J., LAWRENCE G. CRAHAN and LAWRENCE E. MOONEY, JJ.

### ORDER

PER CURIAM.

The driver, Charles Maher, appeals the trial court's judgment dismissing his claim against Ameren UE and granting sum-

mary judgment in favor the Director of Revenue. No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b)(5).